UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EDWIN J. ZUNIGA MENDOZA, | § § § |
| *Petitioner*, | § § § |
| v. | § § § |
| WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; MARY DE ANDA-YBARRA, IN HER OFFICIAL CAPACITY EL PASO FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER CAPACITY AS SECRETARY FOR THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE UNITED STATES, | § § § § § § § § § § § § § § § § No. 3:26-CV-00061-LS |
| *Respondents*. | § § |

### ORDER TO PAY FILING FEE OR MOVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Edwin J. Zuniga Mendoza filed a petition for a writ of habeas corpus on January 16, 2026.[1] To date, Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis* ("IFP"). The Court therefore orders Petitioner to either pay the filing fee or file an IFP motion by **February 27, 2026**. Failure to do so may result in the dismissal of this case for want of prosecution.

**SO ORDERED**.

---

[1] ECF No. 1.

**SIGNED** and **ENTERED** on January 28, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**